UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                               Case Number: 15-21390-BKC-RAM
                                                     Chapter 13
VLADIMIR TABARES PAULA,


        DEBTOR(S).
_____/

**<u>TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PLAN LANGUAGE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING</u>**

Nancy K., Neidich, Standing Chapter 13 Trustee, by and through undersigned counsel, files the instant Motion to Dismiss for failure to comply with plan language by not filing with the Court a statement of the income and expenditures of the Debtor(s), and states as follows:

1. The Debtor's confirmed plan contains language which states:

   The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 5% over the previous year's income.

[ECF No. 16].

2. The Debtor has provided the Trustee with his 2015 Federal tax returns on or about April 6, 2016, but failed to provide the tax return schedules C & E attachments. Because the Debtor is self-employed, schedules C & E are necessary in order for the Trustee to properly review the business earnings.

3. Accordingly, the Trustee request the Debtor's case be dismissed for failure to comply with the plan language which requires verification of the Debtor's disposable income

1

when the Debtor's gross household income increases by more than 5% over the previous year's income.

Wherefore, the Trustee requests that Debtor's case be dismissed for failure to comply with the language in the confirmed plan and for any other relief deemed necessary by the Court.

    NANCY K. NEIDICH,
    Standing Chapter 13 Trustee

By: __/s/_____
    ADISLEY CORTEZ-RODRIGUEZ, ESQ.
    FLORIDA BAR NO: 0091727
    (954) 443-4402
    P.O. BOX 279806
    MIRAMAR, FL 33027

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served on Counsel for the Debtor(s) by regular mail to:

Vladimir Tabares Paula
3855 W 9th Court
Hialeah, FL 33012−7227

Dated: April 18, 2016.

By: __/s/_____
    ADISLEY CORTEZ-RODRIGUEZ, ESQ.